**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2013 MAR 19 PM 3:32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICARDO LORENZO HERNANDEZ (2),<br><br>  Defendant. | CASE NO. 12CR2408-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offenses as charged in the Indictment:

TITLE 21 U.S.C. §952, 960, 963; TITLE 21 U.S.C. §952 and 960;

TITLE 18 U.S.C. §2.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 18, 2013

Hon. Roger T. Benitez
U.S. District Judge